**Opinion issued April 10, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00099-CV

———————————

**RUTHERFORD COLVIN, Appellant**

**V.**

**HUDSON INSURANCE COMPANY, Appellee**

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Case No. 1021999**

---

## MEMORANDUM OPINION

Appellant, Rutherford Colvin, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.941(a), 101.041 (West 2013); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts

of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5, 42.3(c).

Accordingly, we dismiss the appeal for nonpayment of all required fees. We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.